### KNOCH *v.* FUNKE.

*(Superior Court of New York, City, General Term.*   May 4, 1891.)

PARTNERSHIP ACCOUNTING—EXAMINATION OF BOOKS.

> In an action for an accounting of an alleged copartnership, brought by an assignee of the right of action, defendant, examined as a party before trial, fully denied the partnership.   *Held,* that a motion for an inspection of defendant's books and papers, which were not shown by any competent evidence to contain entries tending to establish the existence of such partnership, was properly denied.

Appeal from special term.

Action of Minna Knoch against Louis Funke, Jr.   Plaintiff appeals from an order denying her motion for a discovery and inspection of defendant's books and papers.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Edward Grosse,* (*John W. Goff,* of counsel,) for appellant.   *James McG. Smith,* (*Austin Abbott,* of counsel,) for respondent.

FREEDMAN, J.   This action having been brought by the assignee of the right of action to an accounting of an alleged partner in a copartnership already dissolved by the death of one of the partners, and the defendant having been already examined as a party before trial at the instance of the plaintiff, and having fully and circumstantially denied the partnership relations, and no competent evidence having been adduced that the books and papers sought to be discovered do contain entries establishing, or tending to establish, the existence of a copartnership between plaintiff's assignor and the admitted partners, the motion for a discovery and inspection was properly denied. The order appealed from should be affirmed, with costs, on the opinion filed by the learned judge at special term.